James H. Wilkins, #116364   (SPACE BELOW FOR FILING STAMP ONLY)
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, DIMARE FRESH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| DIMARE FRESH, INC., a Florida corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SUN PACIFIC MARKETING COOPERATIVE, INC., a California corporation,<br><br>            Defendants. | Case No.  1:06-cv-01265-AWI-SMS<br><br>**PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

   DIMARE FRESH, INC., a Florida corporation ("Plaintiff") hereby moves the Court for entry of a Temporary Restraining Order ("TRO") pursuant to Rule 65(b) of the Federal Rules of Civil Procedure against Defendant SUN PACIFIC MARKETING COOPERATIVE, INC. ("Defendant"). In support of its Application, Plaintiff states as follows:

   1.   Plaintiff bases its request upon the Complaint, the Declaration of Samuel J. Licato, and all accompanying documents filed herewith.

   2.   The proposed TRO attached to the Plaintiff's moving papers seeks to enjoin Defendant, its agents, employees, successors, banking institutions, attorneys, and all other persons in active concert or participation with them from selling, transferring or assigning any tomatoes committed to Plaintiff to any buyer, creditor, person, or entity until further order of this Court.

3       The proposed TRO also provides that if Defendant fails to make shipment to Plaintiff within two (2) business days of entry of this Order, the Defendant is ordered to tender a detailed accounting of all of the company's accounts receivable, accounts payable, inventory, equipment and other assets by a date certain to the Court and to Plaintiff's counsel for a determination of the extent of the shipments to other customers and competitors of the Plaintiff regarding tomatoes committed to Plaintiff;

4.      Absent the relief requested in this Application, Plaintiff will suffer immediate and irreparable injury, loss, and damage because the Defendants will continue dissipating Plaintiff's interest in the tomatoes committed to Plaintiff;

5.      No prior application for such relief has been made in this case.


Dated: September 14, 2006

                                    WILKINS, DROLSHAGEN & CZESHINSKI LLP



                                    By:     /s/ Alyson A. Berg
                                            Alyson A. Berg
                                    Attorneys for Plaintiff, DiMare Fresh, Inc.

F:\Data\Dimare\Pleadings\app.tro.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

2