Dimare Fresh, Inc. v. Sun Pacific Marketing Cooperative, Inc.    Doc. 14

Case 1:06-cv-01265-AWI-SMS    Document 14    Filed 09/15/2006    Page 1 of 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMARE FRESH, INC., ) | CIV-F-06-1265 AWI SMS |
| Plaintiff, ) | ORDER RE: INCOMPLETE |
| ) | APPLICATION FOR TEMPORARY |
| v. ) | RESTRAINING ORDER |
| SUN PACIFIC MARKETING ) | |
| COOPERATIVE, INC., ) | |
| Defendant. ) | |

Plaintiff has filed an application for a temporary restraining order. Fed. R. Civ. Proc. 65(c) states, "No restraining order or preliminary injunction shall issue except upon the giving of security by the applicant, in such sum as the court deems proper, for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained." Under Local Rule 65-231, TRO applications must generally include "a proposed temporary restraining order with a provision for a bond." The request for TRO will not be considered until such a proposed order has been filed.

IT IS SO ORDERED.

Dated:    September 14, 2006                /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

1